1  ROBERT H. PLATT (Bar No. CA 108533)
   rplatt@manatt.com
2  MARK S. LEE (Bar No. CA 094103)
   mlee@manatt.com
3  SETH REAGAN (Bar No. CA 279368)
   sreagan@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
5  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
6  Facsimile:   (310) 312-4224

7  Attorneys for *Plaintiff*
   BARRY DILLER
8

9               UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | BARRY DILLER, | Case No. CV 12-07200 ABC (JCx) |
|---|---|---|
| 13 | Plaintiff, | [~~PROPOSED~~] ORDER FOR PRELIMINARY INJUNCTION |
| 14 | vs. | |
| 15 | BARRY DRILLER CONTENT SYSTEMS PLC; BARRY DRILLER, INC.; AEREOKILLER, LLC; FILMON.COM, INC.; ALKIVIADES DAVID, A/K/A ALKI DAVID, an individual, and DOES 1 through 10, inclusive, | Date:  September 10, 2012 Place: Courtroom of the Hon. Audrey B. Collins |
| 19 | Defendants. | |

# ORDER

Plaintiff Barry Diller's application for preliminary injunction ("Plaintiff's Application") against Defendants Barry Driller Content Systems Plc, Barry Driller, Inc., Aereokiller, LLC, FilmOn.com, Inc., Alkiviades David, a/k/a Alki David, and Does 1-10 (collectively "Defendants") came on regularly for hearing before this Court on September 10, 2012.  Robert H. Platt and Mark S. Lee of Manatt, Phelps & Phillips, LLP appeared on behalf of Plaintiff.  Ryan G. Baker and Christian A. Anstett of Baker Marquart LLP appeared on behalf of Defendants Alkiviades David, Aereokiller, LLC, and FilmOn.com, Inc.

The Court having considered Plaintiff's Application, the papers submitted in support of and in opposition thereto, the oral arguments of all parties at the hearing, and all other relevant records in this case, and finding good cause, Plaintiff's Application is HEREBY GRANTED for the reasons stated in the Court's Tentative Order issued on September 10, 2012.  Accordingly,

**IT IS HEREBY ORDERED THAT:**

Defendants, and each of them, as well as their past, present, and future subsidiary, successor, affiliated or related companies, as well as their respective officers, directors, members, partners, principals, agents, representatives, shareholders, investors, employees, successors and assigns, including any websites such entities or individuals own or control, and any and all others acting in active concert or participation with them, at their direction, or on their behalf in any capacity, are hereby PRELIMINARILY ENJOINED while this action is pending from using the terms "Barry Diller," "Barry Driller," "BarryDriller.com," "Barry Driller, Inc.," "BarryDriller Content Systems Plc.," any confusingly similar variant of the foregoing, or any other aspect of the trademarks, name, voice, likeness, or other indicia of identity of Plaintiff Barry Diller (i) in connection with the operation of Defendants' or any other commercial websites, (ii) to divert internet users to Defendants' or any other websites, (iii) to promote Defendants' businesses, or (iv)

in any other manner to infringe on Plaintiff's trademarks, rights of publicity, or other rights.

The bond previously posted by Plaintiff and filed with this Court on August 29, 2012 shall remain in effect for the duration of this action as security for payment of such costs and damages, if any, as may be incurred or suffered by any party who is subsequently found to have been wrongfully enjoined or restrained hereby.

IT IS SO ORDERED.

**Dated:** 9/19/12   _____

**AUDREY B. COLLINS**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| 1 | Presented By: |
| 2 | MANATT, PHELPS & PHILLIPS, LLP<br>ROBERT H. PLATT |
| 3 | MARK S. LEE<br>SETH REAGAN |
| 4 | |
| 5 | |
| 6 | By:  /s/  Robert H. Platt<br>Robert H. Platt |
| 7 | *Attorneys for Plaintiff*<br>BARRY DILLER |
| 8 | |
| 9 | 304502168.1 |