1  ROBERT H. PLATT (State Bar No. 108533)
   rplatt@manatt.com
2  MARK S. LEE (State Bar No. 094103)
   mlee@manatt.com
3  SETH REAGAN (State Bar No. 279368)
   sreagan@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
5  Los Angeles, California 90064-1614
   Telephone:  (310) 312-4000
6  Facsimile:   (310) 312-4224

7  *Attorneys for Plaintiff*
   BARRY DILLER

8
   RYAN G. BAKER (State Bar No. 214036)
9  rbaker@bakermarquart.com
   JAIME MARQUART (State Bar No. 200344)
10 jmarquart@bakermarquart.com
   CHRISTIAN A. ANSTETT, (State Bar No. 240179)
11 canstett@bakermarquart.com
   BAKER MARQUART LLP
12 Fourth Floor
   10990 Wilshire Boulevard
13 Los Angeles, California 90024

14 *Attorneys for Defendants*
   BARRY DRILLER CONTENT SYSTEMS PLC;
15 BARRY DRILLER, INC.; AEREOKILLER, LLC;
   FILMON.COM, INC.; and ALKIVIADES DAVID,
16 a/k/a ALKI DAVID

17

18              UNITED STATES DISTRICT COURT

19          FOR THE CENTRAL DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  BARRY DILLER, | Case No. CV 12-07200 ABC (JCx) |
| 22         Plaintiff, | Hon. Audrey B. Collins |
| 23      vs. | **ORDER ON STIPULATION RE:** |
| 24  BARRY DRILLER CONTENT | **PERMANENT INJUNCTION AND** |
|     SYSTEMS PLC; BARRY DRILLER, | **DISMISSAL WITH PREJUDICE OF** |
| 25  INC.; AEREOKILLER, LLC; | **ALL UNADJUDICATED CLAIMS** |
|     FILMON.COM, INC.; and | **AND PARTIES** |
| 26  ALKIVIADES DAVID, a/k/a ALKI | |
|     DAVID; and DOES 1-10, inclusive, | |
| 27 | |
|           Defendants. | |
| 28 | |

307249855.1

ALKIVIADES DAVID, an individual;
FILMON.COM, INC.; and
AEREOKILLER, LLC,

          Counterclaim Plaintiffs,

   vs.

BARRY DILLER, an individual,

          Counterclaim Defendant.

WHEREAS, plaintiff Barry Diller ("Plaintiff") and defendants Barry Driller Content Systems PLC, Barry Driller, Inc., Aereokiller, LLC, FilmOn.com, Inc., and Alkiviades David, a/k/a Alki David ("Defendants"), have entered into a settlement agreement, including terms providing for the release of claims between them.

WHEREAS, pursuant to the settlement agreement, for settlement purposes only, and without any admission of liability, Defendants have consented to allow the entry of a permanent injunction against them as set forth below.

NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby stipulate to and respectfully request the Court to enter a permanent injunction and dismiss all unadjudicated claims, counterclaims and parties with prejudice, as follows:

1.     Defendants and each of them, and all those under their direction or control or in active concert or participation with them, including without limitation the respective officers, directors, shareholders, employees, agents, successors, affiliates, representatives, licensees and assigns of Barry Driller Content Systems PLC, Barry Driller, Inc., Aereokiller, LLC, and/or FilmOn.com, Inc., are permanently enjoined from:

       a.     Using the terms "Barry Diller," "Barry Driller," "BarryDriller.com," "Barry Driller, Inc.," and/or "BarryDriller Content Systems PLC" in connection with any commercial or

1    business-related activity; and

2         b.    Using any derivative or confusingly similar variant of any of the

3              foregoing terms, or any other aspect of the trademarks, name,

4              voice, likeness, or any other indicia of identity of Plaintiff Barry

5              Diller:

6              (i)    to name and/or promote any of Defendants' businesses;

7              (ii)   in connection with any aspect of the operation of any of

8                    Defendants' businesses or any other commercial websites

9                    or businesses;

10             (iii)  to divert consumers, including without limitation internet

11                   users, to any of Defendants' websites or businesses or any

12                   other websites or businesses, including without limitation

13                   via use as metatags or search terms; or

14             (iv)   in any other manner to infringe on Plaintiff's trademarks,

15                   rights of publicity, or other rights.

16        2.    Except as adjudicated herein, all claims and counterclaims asserted by

17   any party against any other party shall hereby be dismissed with prejudice.  Such

18   dismissal pertains to this action only.

19        3.    Plaintiff and Defendants shall each pay their own legal fees and costs

20   incurred in connection with this action.

21        4.    This Stipulation reflects the settlement of claims that are denied and

22   contested.  Each of the parties understands and agrees that by entering into this

23   Stipulation, neither the parties, nor any of them, intends to, nor shall any of them be

24   deemed to, admit any liability, obligation, misconduct or wrongdoing of any kind

25   or nature whatsoever, and each denies any liability, obligation, misconduct or

26   wrongdoing of any kind or nature whatsoever in connection with this action, or

27   otherwise.  The settlement between and among the parties is made entirely as a

28   compromise for the purpose of settlement of the disputes referred to herein, to

307249855.1                                    3

1  avoid the annoyance and expense of disputation or litigation and to compromise,

2  settle and extinguish all claims, acts, damages, demands, rights of action and causes

3  of action between them to the extent set forth in the parties' settlement agreement.

4      5.      Plaintiff's obligation to maintain the bond he filed with this Court on

5  or about August 29, 2012, is lifted, and Plaintiff is released from any and all

6  obligations to maintain that or any other bond in this action.

7      6.      This Court shall retain continuing jurisdiction over the parties to

8  enforce this Stipulation and Order.

9

10  Dated:  May 17, 2013            MANATT, PHELPS & PHILLIPS, LLP

11

                                   By:   /s/ Robert H. Platt
12                                       Robert H. Platt
                                         *Attorneys for Plaintiff*
13                                       BARRY DILLER

14

15  Dated:  May 17, 2013            BAKER MARQUART LLP

16

                                   By:   /s/ Ryan G. Baker
17                                       Ryan G. Baker
                                         *Attorneys for Defendants*
18                                       BARRY DRILLER CONTENT SYSTEMS
                                         PLC; BARRY DRILLER, INC.;
19                                       AEREOKILLER, LLC; FILMON.COM,
                                         INC.; and ALKIVIADES DAVID, a/k/a
20                                       ALKI DAVID

21

22  IT IS SO ORDERED.

23

24  Dated: 5/20/13                  _____

25                                  AUDREY B. COLLINS
                                    UNITED STATES DISTRICT JUDGE
26      **cc: Fiscal Department**

27

28

307249855.1                                    4